

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00257-CV

| | | |
|---|---|---|
| CITY OF GRAPEVINE, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-303736-18) |
| LUDMILLA B. MUNS, RICHARD MUELLER, KARI PERKINS, KEVIN PERKINS, PAMELA HOLT, AND A-1 COMMERCIAL AND RESIDENTIAL SERVICES, INC., Appellees | § | August 5, 2021 |
| | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and reversed and rendered in part. We reverse that portion of the trial court's order denying Appellant City of Grapevine's amended plea to the jurisdiction as to Appellees' preemption claim and render judgment dismissing it. We affirm the remainder of the trial court's order.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr